IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRISHA TSHUDY,<br>         Plaintiff,<br><br>v.<br><br>PENNSYLVANIA STATE UNIVERSITY,<br>         Defendant. | CIVIL ACTION<br><br><br><br><br>NO.  22-3336 |

**O R D E R**

AND NOW, this 1st day of September, 2022, **IT IS ORDERED** that the parties are referred to Magistrate Judge Richard Lloret for a settlement conference.  On or before **September 2, 2022**, counsel for the parties shall contact United States Magistrate Judge Richard Lloret to schedule a settlement conference.

BY THE COURT:


*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**