IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRISHA TSHUDY,**<br>　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **PENNSYLVANIA STATE UNIVERSITY,**<br>　　　　**Defendant.** | **NO.  22-3336** |

**O R D E R**

**AND NOW**, this 1st day of September, 2022, a hearing on Plaintiff's Motion for Preliminary Injunction has been scheduled for Wednesday, September 7, 2022, at 11:00 A.M., U.S. Courthouse, Courtroom 10-A.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　*/s/ Wendy Beetlestone*
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**