

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Trisha Tshudy | : |
| *Plaintiff* | : Civil Action No. 22-cv-03336 |
| v. | : |
| Pennsylvania State University | : Hon. Wendy Beetlestone |
| *Defendant* | : |

## DECLARATION OF DANIELLE M. CONWAY

Danielle M. Conway, of full age, hereby declares as follows:

1. I am the Dean and Donald J. Farage Professor of Law at Penn State Dickinson Law ("Dickinson Law").

2. I make this Declaration on the basis of personal knowledge and my review of materials kept by Dickinson Law in the regular and ordinary course of business. This Declaration is made in support of the Motion of The Pennsylvania State University ("PSU") to Transfer this matter to the Middle District of Pennsylvania.

3. As a result of my position as Dean of Dickinson Law and involvement in some of the events at issue, I have knowledge of and am familiar with the events alleged in the Complaint filed by Plaintiff, Trisha Tshudy ("Ms. Tshudy"), including, but not limited to:

   a) the accommodations Dickinson Law has afforded to Ms. Tshudy relative to her disability;

   b) Dickinson Law's policies and procedures relative to the 2021 Fall exams generally;

   c) the Dickinson Law Honor Code;

    d) the allegations of plagiarism against Ms. Tshudy relative to a paper she submitted at the conclusion of the Fall 2021 semester and the resulting investigation by Dickinson Law;

    e) the January 14, 2022 Honor Code hearing wherein Ms. Tshudy was found to have violated the Honor Code;

    f) the revocation of Ms. Tshudy's scholarship due to the findings of the January 14, 2022 Honor Code hearing; and

    g) my communications with Ms. Tshudy (*see e.g.*, Complaint Para. 17) relating to Ms. Tshudy's efforts to reinstate her scholarship.

4. By way of background, in early 2022 and while she was a second-year law student at Dickinson Law, Ms. Tshudy was accused of plagiarizing a final paper she submitted at the conclusion of the Fall 2021 semester.

5. The allegations against Ms. Tshudy were heard before an Honor Code Hearing Board comprised of Dickinson Law students and faculty. The hearing was held at Dickinson Law in Carlisle, Pennsylvania and lasted over four (4) hours. Ms. Tshudy participated in the hearing and provided testimony.

6. The Honor Code Hearing Board found that Ms. Tshudy's paper had drawn upon and, on occasion, copied verbatim, a Note published in a 2014 intellectual property law journal. To date, Ms. Tshudy has never denied the allegations of plagiarism.

7. Because she was found by the Honor Code Hearing Board to have violated the Honor Code, Ms. Tshudy's scholarship was revoked in accordance with the terms of the scholarship offer letter.

8. Ms. Tshudy was not expelled or suspended from Dickinson Law and, at present, she is enrolled, but is not eligible to register for courses because she has not paid her tuition.

9. In addition to myself, and without limitation, individuals with knowledge of the events giving rise to this matter include:

- **Laura H. Williams** – Dean Williams is Dickinson Law's Associate Dean for Administration and an Adjunct Professor of Law. Dean Williams possesses knowledge and information relating to her conversations with Ms. Tshudy regarding the allegation of plagiarism, as well as Dean Williams's own investigation into and confirmation of the veracity of those allegations.

  Dean Williams works at Dickinson Law in Carlisle, Pennsylvania.

- **Jeffrey A. Dodge** – Dean Dodge is Dickinson Law's Associate Dean for Academic and Student Services, Assistant Professor of Law, and Joseph H. Goldstein Faculty Scholar. Dean Dodge possesses knowledge and information relating to his interactions with Ms. Tshudy during her time as a student at Dickinson Law. This includes, but is not limited to: (i) Ms. Tshudy's request for and receipt of disability accommodations, (ii) the circumstances surrounding Ms. Tshudy's taking of her Fall 2021 exams on campus, (iii) the accommodations offered and made by Dickinson Law in connection with Ms. Tshudy's Fall 2021 exams; and (iv) the allegations of plagiarism against Ms. Tshudy.

  Dean Dodge works at Dickinson Law in Carlisle, Pennsylvania.

- **Alan S. Finnecy, J.D.** – Mr. Finnecy is PSU's ADA/504 Coordinator. Mr. Finnecy possesses knowledge and information relating to the substance of Ms. Tshudy's 2022 discrimination complaint/504 grievance filed with PSU's Affirmative Action office after the January 2022 Honor Code Hearing, as well as PSU's analysis of and response to this filing.

  Mr. Finnecy works at PSU University Park in State College, Pennsylvania.

- **Sabrina Sondhi** – Professor Sondhi is the Director of Dickinson Law's Law Library and a Professor of Legal Research. Professor Sondhi has knowledge and information relating to her conversations with Ms. Tshudy after Ms. Tshudy was made aware of the allegations of plagiarism.

  Professor Sondhi works at Dickinson Law in Carlisle, Pennsylvania.

- **William E. Butler** – Professor Butler is Dickinson Law's John Edward Fowler Distinguished Professor of Law. Professor Butler possesses knowledge and information relevant to this matter as he served as President of the Honor Code Hearing Board for the January 14, 2022 Honor Code Hearing relating to the allegations of plagiarism against Ms. Tshudy.

  Professor Butler works at Dickinson Law in Carlisle, Pennsylvania.

- **Megan Riesmeyer** – Professor Riesmeyer is a Clinical Professor of Law at Dickinson Law and Director of the Community Law Clinic. Professor Riesmeyer has knowledge and information relevant to this matter as she

served as a member of the Honor Code Hearing Board during the January 14, 2022 hearing.

Professor Riesmeyer works at Dickinson Law in Carlisle, Pennsylvania.

- **Julie Lynn Cullings** – Ms. Cullings served as Dickinson Law's Assistant Director of Student Services at the time of the hearing. Ms. Cullings has knowledge and information relating to, among other areas, the accommodations offered and provided to Ms. Tshudy in connection with her Fall 2021 examinations.

  Upon information and belief, Ms. Cullings works in Harrisburg, Pennsylvania.

10. None of the above individuals are located in the Eastern District of Pennsylvania and, to the contrary, all are located in the Middle District. Moreover, as the academic semester at Dickinson Law and PSU has begun, requiring faculty and administration located in the Middle District to attend hearings or depositions in Philadelphia would be unduly burdensome.

11. In addition to the above, the 2022 Honor Code Hearing Board included two first-year law students and one second-year law school student all of whom, at the time, were members of Dickinson Law's Honor Committee, a six-student committee elected by the student body. These individuals remain enrolled at Dickinson Law and have begun their second and third years, respectively.

12. Documentation related to Ms. Tshudy's two years of studies at Dickinson Law, the Fall 2021 Exams, the substance of the January 14, 2022 Honor Code hearing, the decision to revoke Ms. Tshudy's scholarship, and information relating to Ms. Tshudy's request for and receipt of accommodations are all located at Dickinson Law in Carlisle, Pennsylvania.

I understand that this Declaration is made subject to the penalties relating to unsworn falsification to authorities, 28 U.S.C. § 1746.

*Danielle M. Conway*
_____
Danielle M. Conway
Dean and Donald J. Farage Professor of Law

Dated: September 1, 2022