**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Trisha Tshudy | |
| *Plaintiff* | Civil Action No. 22-cv-03336 |
| v. | |
| Pennsylvania State University | Judge Wendy Beetlestone |
| *Defendant* | |

**ORDER**

     **AND NOW**, this _____ day of _____, 2022, upon consideration of Defendant, The Pennsylvania State University's Motion to Transfer Venue to the United States District Court for the Middle District of Pennsylvania Pursuant to 28 U.S.C. §1404(a) (the "Motion to Transfer"), and the Court having considered the moving papers, it is hereby **ORDERED** that the Motion to Transfer is **GRANTED**.

     It is further **ORDERED** that the above-captioned matter is hereby transferred to the United States District Court for the Middle District of Pennsylvania.

_____
The Honorable Wendy Beetlestone