# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRISHA TSHUDY,**<br>Plaintiff, | **CIVIL ACTION** |
| v. | |
| **PENNSYLVANIA STATE UNIVERSITY,**<br>Defendant. | **NO. 22-3336** |

# O R D E R

**AND NOW**, this 6th day of September, 2022, a hearing on Plaintiff's Motion for Preliminary Injunction has been **RESCHEDULED** for Wednesday, September 14, 2022, at 2:00 P.M., U.S. Courthouse, Courtroom 10-A.

**BY THE COURT:**

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**
