# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRISHA TSHUDY,<br>Plaintiff,<br><br>v.<br><br>PENNSYLVANIA STATE UNIVERSITY,<br>Defendant. | CIVIL ACTION<br><br><br><br>NO. 22-3336 |

## O R D E R

AND NOW, this 6th day of September, 2022, it is **HEREBY ORDERED** that Plaintiff **SHALL RESPOND** to Defendant's Motion to Transfer Venue no later than September 12, 2022.

BY THE COURT:


*/s/ Wendy Beetlestone*

_____
**WENDY BEETLESTONE, J.**