# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRISHA TSHUDY,** <br> Plaintiff, <br><br> v. <br><br> **PENNSYLVANIA STATE UNIVERSITY,** <br> Defendant. | CIVIL ACTION <br><br><br><br> NO. 22-3336 |

## O R D E R

**AND NOW**, this 13th day of September, 2022, upon consideration of Defendant Pennsylvania State University's Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) (ECF No. 13) and Plaintiff Trisha Tshudy's Response in Opposition (ECF No. 21), it is **ORDERED** that the Clerk of Court is directed to **TRANSFER** the above-captioned case to the United States District Court for the Middle District of Pennsylvania.

                                                    **BY THE COURT:**

                                                    */s/ Wendy Beetlestone*

                                                    **WENDY BEETLESTONE, J.**